**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

ANDRE MAURICE CURRY,

     Petitioner,

     v.

CHADWICK DOTSON,

     Respondent.

Case No. 2:25-cv-266

## ORDER

Petitioner Andre Maurice Curry, a person incarcerated in a Virginia prison, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on May 6, 2025. ECF No. 1. Respondent Chadwick Dotson, Director of the Virginia Department of Corrections, moved to dismiss the petition, arguing that the claims are time-barred because the petitioner did not file within one year of his conviction and that the claims are both exhausted and defaulted because the petitioner did not present them to the Virginia Supreme Court and would be barred from doing so now. ECF No. 23. The petitioner also filed a "motion to compel judgment under Fed. R. Civ. P. 12(c)." ECF No. 29.

Before the Court is an unopposed report and recommendation, in which the Honorable Lawrence R. Leonard, United States Magistrate Judge, concluded that the

respondent's motion to dismiss should be granted, the petitioner's Rule 12(c) motion should be denied, and the petition should be dismissed with prejudice. ECF No. 31.[1]

Judge Leonard advised the parties of their rights to object to his findings and recommendations and explained that failure to timely object would result in a waiver of appeal from a judgment of this Court based on such findings and recommendations. ECF No. 31 at 30 (citing *Thomas v. Arn*, 474 U.S. 140 (1985); *Carr v. Hutto*, 737 F.2d 433 (4th Cir. 1984); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984)). The time to file an objection has expired, and neither party objected to the report and recommendation.

In the absence of a specific written objection, the Court may adopt a Magistrate Judge's recommendations without conducting a *de novo* review, unless the recommendations are clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(b)(2); *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982) (citations omitted); *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

The Court has reviewed Judge Leonard's findings and recommendations and found no clear error. Accordingly, the report and recommendation (ECF No. 31) is **ADOPTED**.

The petitioner's motion for judgment under Fed. R. Civ. P. 12(c) (ECF No. 29) is **DENIED**. The respondent's motion to dismiss (ECF No. 23) is **GRANTED**, and

---

[1] The petitioner also filed a motion for leave to expand the record, which Judge Leonard granted. ECF No. 28 (motion); ECF No. 31 at 29 (order). Additionally, Judge Leonard denied the plaintiff's motion to appoint counsel. ECF No. 29 (motion); ECF No. 31 at 29 (order). Accordingly, the Clerk is **DIRECTED** to terminate ECF No. 29.

the petition for a writ of habeas corpus (ECF No. 1) is **DISMISSED** and **DENIED**

**WITH PREJUDICE**.

Finding that the basis for dismissal of the § 2254 petition is not debatable, and

alternatively finding that the petitioner has not made a "substantial showing of the

denial of a constitutional right," a certificate of appealability is **DENIED**. 28 U.S.C.

§ 2253(c); *see* Rule 11(a) of the Rules Gov. § 2254 Cases in U.S. Dist. Cts.; *Miller-El*

*v. Cockrell*, 537 U.S. 322, 335–38 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483–85

(2000).

The petitioner is **ADVISED** that because the Court has denied a certificate of

appealability, he may seek a certificate from the United States Court of Appeals for

the Fourth Circuit. Fed. R. App. P. 22(b); Rule 11(a) of the Rules Gov. § 2254 Cases

in U.S. Dist. Cts. **If the petitioner intends to seek a certificate of appealability**

**from the Fourth Circuit, he must do so within 30 days from the date of this**

**Order. The petitioner may seek such a certificate by filing a written notice**

**of appeal with the Clerk of the United States District Court, United States**

**Courthouse, 600 Granby Street, Norfolk, Virginia 23510.**

The Clerk is **DIRECTED** to send a copy of this Order to the petitioner.

**IT IS SO ORDERED.**

/s/

Jamar K. Walker
United States District Judge

Norfolk, Virginia
June 4, 2026

3